160 So.2d 229

**Anthony L. OCCHIPINTI**

**v.**

**MARQUETTE CASUALTY COMPANY.**

No. 47082.

Feb. 14, 1964.

In re: Marquette Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 158 So.2d 389.

The application is denied. On the facts found by the Court of Appeal, the judgment complained of is correct.